UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

IN RE                                          CHAPTER 13
                                               BK 09-22533
SALENA A. MATHEWS
                                               FINAL ORDER OF DISMISSAL

                    Debtor(s)

Upon the previous Order of this Court conditionally dismissing the above entitled matter if the conditions contained in said order dated August 10, 2010, were not complied with, and the Trustee and the Court having no knowledge or information that such conditions have been complied with, and the time limit contained in said Order having expired on or about May 18, 2011, it is

**ORDERED** that the above entitled matter is dismissed for the failure to comply with the previous Conditional Order of Dismissal of this Court, and it is further

**ORDERED** that the Court retain jurisdiction to receive and pass upon the final report of the Trustee and to make such further orders with respect to fees as may be necessary and proper; and it is further

**ORDERED** that the Trustee shall take all steps necessary to close this case.

**ORDERED** that all creditors of this proceeding be, and they hereby are, notified of the dismissal of said petition, and that the Trustee shall give written notice of the dismissal to all creditors.

Dated: Rochester, New York

ENTER 5/23/11

JOHN C. NINFO, II
BANKRUPTCY JUDGE


FILED MAY 23 2011 BANKRUPTCY COURT ROCHESTER, NY